# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

VANNEY ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1158

————————————————

September 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

   Affirmed.

SLEET, C.J., and CASANUEVA and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.